**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | No. 13-50199 |
| Plaintiff - Appellee, | D.C. No. 2:12-cr-01161-PA |
| v. |  |
| LEE ANN FERRAVANTI-EDLIN, a.k.a. Lee Ann Ferravanti, | MEMORANDUM[*] |
| Defendant - Appellant. |  |

Appeal from the United States District Court
for the Central District of California
Percy Anderson, District Judge, Presiding

Submitted July 22, 2014[**]

Before: GOODWIN, CANBY, and CALLAHAN, Circuit Judges.

Lee Ann Ferravanti-Edlin appeals from the district court's judgment and

challenges a special condition of supervised release imposed following her guilty-

plea conviction for distribution of methamphetamine and aiding and abetting, in

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii), and 18 U.S.C. § 2(a). We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Ferravanti-Edlin contends that the district court procedurally erred at sentencing by failing to explain adequately the condition of supervised release requiring that she perform 20 hours of community service per week when not employed or excused by the Probation Officer for schooling, training, or other acceptable reasons. We review for plain error, *see United States v. Vega*, 545 F.3d 743, 747 (9th Cir. 2008), and find none. The reasons for imposing the challenged condition, including rehabilitation and prevention of recidivism, are apparent from the record. *See id.* at 748-49 & n.5; *United States v. Carty,* 520 F.3d 984, 992 (9th Cir. 2008) (en banc) (adequate explanation may be inferred from the PSR or the record as a whole).

**AFFIRMED.**

13-50199